## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

## BINGHAMTON DIVISION

| | |
|---|---|
| DAVID POTTER, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>TIOGA DOWNS RACETRACK, LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No.: 3:22-cv-00869-TJM-ML<br><br>**NOTICE OF FILING SECOND AMENDED COMPLAINT WITH CONSENT** |

　　　　Pursuant to the Court's instruction at the November 22, 2022, Case Management Conference, Plaintiff notifies the Court that the Second Amended Complaint filed concurrently herewith has been submitted with Defendant's written consent pursuant to Fed. R. Civ. P. 15(a)(2).

Respectfully submitted,

　Matthew D. Carlson
　(State Bar No. 5802681)
　LAW OFFICE OF MATTHEW D.
　　CARLSON
　3959 N. Buffalo Road, Suite 29
　Orchard Park, NY 14127
　Telephone: (716) 242-1234
　mdcarlson@mdcarlsonlaw.com

　Attorney for Plaintiff

Dated:  November 28, 2022

1