UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

SYRACUSE DIVISION

| | |
|---|---|
| DAVID POTTER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TIOGA DOWNS RACETRACK, LLC,<br><br>Defendant. | Civil Action No.: 3:22-cv-00869-BKS-ML |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL CERTIFICATION AND FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff David Potter, individually and on behalf of all others similarly situated, will, and hereby does, move the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b) for an Order granting final certification to the previously certified Settlement Class and previously certified Settlement Collective, and granting final approval to the Settlement Agreement and all terms thereof.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; the Declaration of Jeffrey D. Johnson filed concurrently herewith; any supporting exhibits filed herewith; all other pleadings and papers filed in this action; and any argument or evidence that may be presented at or prior to the hearing in this matter.

1

Respectfully submitted,

Matthew D. Carlson
(State Bar No. 5802681)
LAW OFFICE OF MATTHEW D.
  CARLSON
3959 N. Buffalo Road, Suite 29
Orchard Park, NY 14127
Telephone: (716) 242-1234
mdcarlson@mdcarlsonlaw.com

Attorney for Plaintiff

Dated:  March 13, 2024